TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Thomas M. Walsh (TW0645)
Attorneys for Collezione Europa USA, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLLEZIONE EUROPA U.S.A., INC., a New Jersey corporation<br><br>*Plaintiff/Counter-Defendant,*<br><br>vs.<br><br>AMINI INNOVATION CORPORATION, a California Corporation<br><br>*Defendant/Counter-Plaintiff.* | Civil Action Nos.:   06-cv-4929 (HAA)<br>                              07-cv-3161 (HAA)<br><br>STIPULATION EXTENDING TIME FOR PLAINTIFF/COUNTER-DEFENDANT TO REPLY TO OBJECTION TO MOTION TO DISMISS DEFENDANT/COUNTER-PLAINTIFF'S THIRD, FOURTH, FIFTH AND SIXTH COUNTERCLAIMS |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff that the time for Plaintiff/Counter-Defendant to reply to objection to motion to dismiss Defendant/Counter-Plaintiff's third, fourth, fifth and sixth counterclaims is extended through and including January 11, 2008.

| | |
|---|---|
| TRENK, DiPASQUALE, WEBSTER, & DELLA FERA & SODONO, P.C.<br>Attorneys for Plaintiff<br>Collezione Europa USA, Inc.<br><br>By: __/s/ Thomas M. Walsh__<br>     THOMAS M. WALSH<br><br>Dated: January 2, 2008 | ASCIONE & WILSON<br>Attorneys for Defendant<br>Amini Innovation Corp.<br><br><br>By: __/s/ Janyce M. Wilson__<br>     JANYCE M. WILSON<br><br>Dated: January 2, 2008 |

SO ORDERED.

*Harold A. Ackerman*

F:\WPDOCS\A-M\Collezione Europa\Collezione - Local Counsel\Stip Extend Time to File Reply.doc

HF 3700849v.1 #06186/0003 06/29/2007